**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-1158**

———————

EMILIA T. TABE,

Petitioner,

versus

ALBERTO R. GONZALES, Attorney General,

Respondent.

———————

On Petition for Review of an Order of the Board of Immigration Appeals.  (A75-362-125)

———————

Submitted:  September 9, 2005        Decided:  October 5, 2005

———————

Before LUTTIG and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Petition denied by unpublished per curiam opinion.

———————

Bokwe G. Mofor, Silver Spring, Maryland, for Petitioner.  Paul J. McNulty, United States Attorney, R. Joseph Sher, Assistant United States Attorney, Alexandria, Virginia, for Respondent.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Emilia T. Tabe, a native and citizen of Cameroon, petitions for review from an order of the Board of Immigration Appeals ("Board") adopting and affirming the immigration judge's order denying her motion to reopen removal proceedings. We have reviewed the administrative record and the Board's order and find that the Board did not abuse its discretion. See INS v. Doherty, 502 U.S. 314, 323-24 (1992). Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED